**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUSAN BROWN,

       Plaintiff,

   v.                            **CASE NO.: 6:10-cv-01299-GKS-KRS**

FIRSTSOURCE ADVANTAGE, LLC,

       Defendant.

_____/

### PLAINTIFF'S STATEMENT IN RESPONSE TO COURT ORDER (DE: 10) RE: FAILURE TO TIMELY FILE THE CASE MANAGEMENT PLAN

Plaintiff, by and through counsel, Krohn & Moss, Ltd., hereby submits her statement in response to the Court's Order to Show Cause, as set forth in this Court's January 21, 2010 Order (DE 10) regarding its failure to timely submit the Case Management Plan.  Plaintiff states as follows:

1.    On January 17, 2011 Plaintiff sent opposing counsel a Proposed Case Management Plan indicating that the due date was on or before January 24, 2010.

2.    Opposing Counsel failed to respond to Plaintiff's request for review/approval by the Court's January 24, 2010 deadline.

3.    Although untimely, the Case Management Plan was filed on February 3, 2011.

4.    This Honorable Court thereafter issued the Case Management Order on February 3, 2011.

5.        Plaintiff sincerely apologizes for any inconvenience that the untimely filing may

have caused and submits the instant filing in compliance with the Courts January

21, 2011 Order (DE 10).

RESPECTFULLY SUBMITTED,


By:_____/s/ James Pacitti
James D. Pacitti (FBN 119768)
Attorney at Law
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
(323) 988-2400 x230
(866) 385-1408 (fax)
Email: jpacitti@consumerlawcenter.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFF'S STATEMENT IN RESPONSE TO COURT ORDER (DE: 10) RE: FAILURE TO TIMELY FILE THE CASE MANAGEMENT PLAN** was filed via THE COURT'S ELECTRONIC FILING SYSTEM, and a notice will be automatically generated and sent to:

**Dale Thomas Golden (Attorney for Defendant)**

dale.golden@goldenscaz.com


RESPECTFULLY SUBMITTED,


By:_____/s/ James Pacitti
James D. Pacitti (FBN 119768)
Attorney at Law
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
(323) 988-2400 x230
(866) 385-1408 (fax)
Email: jpacitti@consumerlawcenter.com